NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
CHRISTOPHER C. KENDALL (Cal. Bar No. 274365)
OCDETF Section
GREGORY S. SCALLY (Cal. Bar No. 268073)
Santa Ana Branch Office
Assistant United States Attorneys
     8000 United States Courthouse
     411 West Fourth Street
     Santa Ana, California 92701
     Telephone: (714) 338-3500
     Facsimile: (714) 338-3708
     E-mail:    christopher.kendall@usdoj.gov
                gregory.scally@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR-13-00185-SVW |
|---|---|
| Plaintiff, | |
| v. | JOINT STATUS REPORT |
| DMITRY FOMICHEV, | |
| Defendant. | |

The parties hereby submit the following joint status report pursuant to the Court's Order dated January 3, 2019.

As noted in the original status report, after trial of this matter, during the pendency of the appeal, defendant DMITRY FOMICHEV ("FOMICHEV") was charged in two separate state court cases, LA087362 and LA087773, with various state offenses, including Assault with a Deadly Weapon, Vandalism, and Arson.  The charges resulted from a psychotic break FOMICHEV suffered beginning in 2017, during which he exhibited paranoid delusions and auditory hallucination, including

command hallucinations.  FOMICHEV was under the care of a psychiatrist at the time of his state arrests.  The Honorable Joseph Brandolino, Judge of the Los Angeles County Superior Court of the State of California, found FOMICHEV Not Guilty by Reason of Insanity, pursuant to California Penal Code Section 1026, in both cases.  On November 5, 2018, Judge Brandolino ordered FOMICHEV committed to Patton State Hospital for six months for treatment and evaluation.  As of a status conference held in state court on December 4, 2018, FOMICHEV had not yet been transported to the state hospital and was still housed at Men's Central Jail.

//

//

1  Counsel for FOMICHEV has been informed that on March 18, 2019,
2  FOMICHEV was transferred to the Metropolitan State Hospital.
3  FOMICHEV is expected to remain in psychiatric custody and remain
4  unable to assist in his own defense in this case until at least the
5  time of the next status conference in the state matter, which is
6  scheduled for July 8, 2019, before Judge Brandolino.

Dated: April 2, 2019                    Respectfully submitted,

                                        NICOLA T. HANNA
                                        United States Attorney

                                        LAWRENCE S. MIDDLETON
                                        Assistant United States Attorney
                                        Chief, Criminal Division


                                         */s/ Gregory S. Scally*
                                        GREGORY S. SCALLY
                                        CHRISTOPHER C. KENDALL
                                        Assistant United States Attorneys
                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA



                                         */s/ via telephonic authorization*
                                        DANIEL A. SAUNDERS
                                        KASOWITZ BENSON TORRES LLP
                                        Attorney for Defendant
                                        DMITRY FOMICHEV