NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
CHRISTOPHER C. KENDALL (Cal. Bar No. 274365)
Assistant United States Attorney
Deputy Chief, International Narcotics,
  Money Laundering, and Racketeering Section
GREGORY S. SCALLY (Cal. Bar No. 268073)
Assistant United States Attorney
Santa Ana Branch Office
     8000 United States Courthouse
     411 West Fourth Street
     Santa Ana, California 92701
     Telephone: (714) 338-3500
     Facsimile: (714) 338-3708
     E-mail:    christopher.kendall@usdoj.gov
                gregory.scally@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR-13-00185-SVW |
|---|---|
| Plaintiff, | |
| v. | JOINT STATUS REPORT |
| DMITRY FOMICHEV, | |
| Defendant. | |

The parties hereby submit the following joint status report pursuant to the Court's Order dated January 3, 2019.

As stated in prior status reports, after trial of this matter, during the pendency of the appeal, defendant DMITRY FOMICHEV ("FOMICHEV") was charged in two separate state court cases, LA087362 and LA087773, with various state offenses, including Assault with a Deadly Weapon, Vandalism, and Arson. The charges resulted from a psychotic break FOMICHEV suffered beginning in 2017, during which he

exhibited paranoid delusions and auditory hallucination, including command hallucinations.  FOMICHEV was under the care of a psychiatrist at the time of his state arrests.  The Honorable Joseph Brandolino, Judge of the Los Angeles County Superior Court of the State of California, found FOMICHEV Not Guilty by Reason of Insanity, pursuant to California Penal Code Section 1026, in both cases.  On November 5, 2018, Judge Brandolino ordered FOMICHEV committed to Patton State Hospital for six months for treatment and evaluation.  As of a status conference held in state court on December 4, 2018, FOMICHEV had not yet been transported to the state hospital and was still housed at Men's Central Jail.

As noted in the last status report, counsel for FOMICHEV was informed that on March 18, 2019, FOMICHEV was transferred to the Metropolitan State Hospital.  FOMICHEV is expected to remain in psychiatric custody and remain unable to assist in his own defense in this case until at least the time of the next status conference in

//
//
//

the state matter, which remains scheduled for July 8, 2019, before Judge Brandolino.

Dated: July 2, 2019

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division


   /s/ Christopher C. Kendall
CHRISTOPHER C. KENDALL
GREGORY S. SCALLY
Assistant United States Attorneys
Attorneys for Plaintiff
UNITED STATES OF AMERICA


   /s/ via email authorization
DANIEL A. SAUNDERS
KASOWITZ BENSON TORRES LLP
Attorney for Defendant
DMITRY FOMICHEV

3